```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07703
   DENIS D WILSON
   SHARON M WILSON                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7415      SSN XXX-XX-3986

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/27/2007 and was not confirmed.

    The case was dismissed without confirmation 07/16/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
DELL FINANCIAL SERVICES  SECURED             200.00           .00          .00
DELL FINANCIAL SERVICES  UNSECURED           214.21           .00          .00
WASHINGTON MUTUAL BANK   CURRENT MORTG          .00           .00          .00
BANK OF AMERICA          UNSECURED       NOT FILED           .00          .00
BANK OF AMERICA          UNSECURED       NOT FILED           .00          .00
B-REAL LLC               UNSECURED         11876.14           .00          .00
B-REAL LLC               UNSECURED          4572.29           .00          .00
DISCOVER FINANCIAL SERVI UNSECURED          6597.43           .00          .00
FMA ALLIANCE             NOTICE ONLY     NOT FILED           .00          .00
GEMB/JC PENNEY           UNSECURED       NOT FILED           .00          .00
ECAST SETTLEMENT CORP    UNSECURED          4744.13           .00          .00
HSBC/CARSONS             UNSECURED       NOT FILED           .00          .00
ISAC IDAPP               NOTICE ONLY     NOT FILED           .00          .00
NICOR GAS                UNSECURED           452.04           .00          .00
ROUNDUP FUNDING LLC      UNSECURED           718.44           .00          .00
TARGET NATIONAL BANK     UNSECURED           653.77           .00          .00
US DEPT OF EDUCATION     UNSECURED          1139.85           .00          .00
RESURGENT CAPITAL SERVIC UNSECURED          4410.66           .00          .00
FIA CARD/BANK OF AMERICA UNSECURED          6435.67           .00          .00
LEEDERS & ASSOCIATES LTD DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07703 DENIS D WILSON & SHARON M WILSON
```

```
                            ---------------      ---------------
TOTALS                                 .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                               /s/ Tom Vaughn
   Dated: 10/18/07          _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE
```